AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP. | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 8:26-CV-00195 |
| SHANE HARRINGTON; MELTECH INC AND JANE DOE | ) ) ) |
| | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shane Harrington
5510 N 83rd Street
Omaha, NE 68134

*2026 JUL 22 11:14 AM*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon R. Ellis
Wyatt M. Bailey
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4300
Minneapolis, MN 55402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: 7/14/2026

_____
*Signature of Clerk or Deputy Clerk*

8:26-cv-00195-RFR-RCC  Doc # 5  Filed: 07/14/26  Page 2 of 4 - Page ID # 102

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  8:26-CV-00195

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Shane Harrington

was received by me on *(date)*  July 22, 2026  .

☒ I personally served the summons on the individual at *(place)*  1806 Avenue H
Scottsbluff NE  on *(date)*  July 22, 2026  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $  4.38  for travel and $  18.00  for services, for a total of $  22.38  .

I declare under penalty of perjury that this information is true.

Date:  7-22-26

Lt. Ray Huffman
*Server's signature*

Lt. Ray Huffman
*Printed name and title*

1825 10th ST
Gering, NE 69341
*Server's address*

Additional information regarding attempted service, etc: