UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>          versus,<br><br>SHANE HARRINGTON, MELTECH, INC. AND JANE DOE,<br><br>                              Defendants. | Case No. 8:26-cv-00195-RFR-RCC<br><br><br>**DEFENDANTS' MOTION TO STAY** |

This motion to stay is responsive to Plaintiff's premature request to obtain a Declaratory Judgment regarding a legal matter that is not yet ripe. Defendants Harrington and Meltech, Inc. respectfully request that a stay be issued pending the outcome of Defendants' motion to dismiss in Jane Doe v. Harrington, et al. (7:25-cv-05010) and forthcoming motions by all parties in Harrington, et al. v. MUSIC (8:26-cv-00031). All three of these cases are parallel proceedings pending in this Court before Judge Rossiter. Defendants attach a brief in support.

                                        Respectfully Submitted,

          August 3, 2026

                              By: /s/ *Evan Spencer*
                              Evan Spencer
                              Evan Spencer Law, PLLC
                              305 Broadway, 7th Floor
                              New York, NY   10007
                              Tel. 917.547.4665
                              Evan@EvanSpencerLaw.com

                              ATTORNEY FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of August, 2026, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.

2