UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>    versus,<br><br>SHANE HARRINGTON, MELTECH, INC. AND JANE DOE,<br><br>                Defendants. | **Case No. 8:26-cv-00195-RFR-RCC**<br><br><br>**DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO STAY** |

This dispute arises over Plaintiff's premature request to a obtain a Declaratory Judgment regarding a matter that is not yet ripe. In December 2025, Defendants were sued by Jane Doe regarding a single alleged incident that occurred in 2019 at a business owned and operated by Tim Jeys. At all times relevant to this litigation, the business owned and operated by Tim Jeys was located on land owned by Defendants. Plaintiff in the above captioned case ASIC was the carrier for the homeowner's policy held by Defendant Harrington in 2019. Their request for a declaratory judgment is not yet ripe for multiple reasons.

Firstly, Harrington and Meltech, Inc. have filed a motion to dismiss the Jane Doe lawsuit pending in this Court (7:25-cv-05010) and they have an excellent chance of prevailing. If they do prevail, ASIC's motion will be moot. Secondly, the primary defense carrier for Paradise City is MUSIC who is preparing to file a motion for judgment on the pleadings while Harrington and Meltech are preparing to file a motion for summary judgment because MUSIC refuses to defend the claim (8:26-cv-00031). These motions are to be filed on or before August 14, 2026 (see Docket No. 49). If either of those motions are granted ASIC's Declaratory Judgment action will also be moot. There is no, "actual, immediate controversy" and the case should therefore be stayed pending the outcome of the aforementioned motions:

1

The case or controversy requirement of Article III applies with equal force to actions for declaratory judgment as it does to actions seeking traditional coercive relief. The test to determine whether there is an actual controversy within the meaning of the Declaratory Judgment Act is whether "there is a substantial controversy between the parties having adverse legal interests, of ***sufficient immediacy*** and reality to warrant the issuance of a declaratory judgment." (internal citations omitted; emphasis added) <u>Marine Equip. Mgmt. Co. v. United States</u>, 4 F.3d 643, 646 (8th Cir. 1993)

Wherefore, Defendants respectfully request that this case be stayed, pending the outcome of the aforementioned three motions.

August 3, 2026

Respectfully Submitted,

By: <u>/s/</u> ***Evan Spencer***

Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY   10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

ATTORNEY FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 3rd day of August, 2026, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.

2