IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMERICAN STRATEGIC INSURANCE CORP.,

Plaintiff,

vs.

SHANE HARRINGTON, MELTECH, INC., and JANE DOE,

Defendants.

**8:26CV195**

**CASE CONFERENCE INSTRUCTIONS**

To facilitate conferences with Magistrate Judge Carson, unless the Court's order states otherwise, the parties shall use the following instructions and codes assigned to this case:

**WEBEX CASE CONFERENCE INSTRUCTIONS**

For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

Dial 1-855-244-8681

Enter the access code: 2310 555 0906, then hit the # key

Dated this 27th day of August, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge