IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMERICAN STRATEGIC INSURANCE CORP.,

Plaintiff,

v.

SHANE HARRINGTON, MELTECH, INC., and JANE DOE,

Defendants.

**8:26CV195**

**ORDER OF DISMISSAL**

This matter is before the Court on (1) a Stipulation to Dismiss Jane Doe (Filing No. 21) signed by plaintiff American Strategic Insurance Corp. ("ASI") and defendant Jane Doe and (2) a Joint Motion for Entry of Stipulated Declaratory Judgment (Filing No. 22) signed by ASI and defendants Shane Harrington and Meltech, Inc. On October 23, 2026, the Court held a hearing at which it heard from each of the parties.

Based upon the representations the parties made in their filings at that hearing and based on the agreement they reached on the record, the Court accepts the stipulated dismissal of Jane Doe and grants in part and denies in part the joint motion for entry of judgment as addressed at the hearing. This case, including all claims and counterclaims, is dismissed with prejudice with each party to bear their own, fees, costs, and expenses.

IT IS SO ORDERED.

Dated this 23rd day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge